■ MITCHELL SKOLNIK, Respondent, v BIG & TALL MEN'S SHOP, Defendant, and PHILIPS PLAZA et al., Appellants. [682 NYS2d 898] —In an action to recover damages for personal injuries, the defendants Philips Plaza and Philips International appeal from an order of the Supreme Court, Nassau County (Winick, J.), dated November 13, 1997, which denied their motion for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, summary judgment was properly denied. Sullivan, J. P., Krausman, Goldstein and Luciano, JJ., concur.